UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 9, 2023

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO.   24-MJ-008** |
| | : | |
| **ANDRE LAMONT FIELDS,** | : | **VIOLATIONS:** |
| | : | **21 U.S.C. § 846** |
| Defendant. | : | **(Conspiracy to Distribute and Possess** |
| | : | **with Intent to Distribute Forty Grams or** |
| | : | **More of Fentanyl)** |
| | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)** |
| | : | **(Unlawful Distribution of Fentanyl)** |
| | : | **18 U.S.C. § 924(c)(1)(A)(i)** |
| | : | **(Using, Carrying, and Possessing a** |
| | : | **Firearm in Furtherance of a Drug** |
| | : | **Trafficking Offense)** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **21 U.S.C. § 853(a), (p); 18 U.S.C. § 924(d);** |
| | : | **and 28 U.S.C. § 2461(c)** |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

From on or about April 7, 2023, and continuing until January, 2024, within the District of Columbia and elsewhere, **ANDRE LAMONT FIELDS**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and  substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance and the amount of said mixture and substance was forty grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

**(Conspiracy to Distribute and Possess with Intent to Distribute Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

On or about April 7, 2023, within the District of Columbia, **ANDRE LAMONT FIELDS,** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Fentanyl**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about April 20, 2023, within the District of Columbia, **ANDRE LAMONT FIELDS,** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Fentanyl**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

## COUNT FOUR

On or about May 5, 2023, within the District of Columbia, **ANDRE LAMONT FIELDS,** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Fentanyl**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

## COUNT FIVE

On or about June 1, 2023, within the District of Columbia, **ANDRE LAMONT FIELDS,** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Fentanyl**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

## COUNT SIX

On or about June 15, 2023, within the District of Columbia, **ANDRE LAMONT FIELDS,** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Fentanyl**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

## COUNT SEVEN

On or about June 30, 2023, within the District of Columbia, **ANDRE LAMONT FIELDS,** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Fentanyl**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

## COUNT EIGHT

On or about October 5, 2023, within the District of Columbia, **ANDRE LAMONT FIELDS,** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Fentanyl**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

## COUNT NINE

On or about January 10, 2024, within the District of Columbia, and elsewhere, **ANDRE LAMONT FIELDS**, did unlawfully and knowingly use and carry, during and in relation to, and did possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein,

firearms, that is, an AR style rifle, bearing serial number DTI-S271543, and a Glock 26, bearing serial number BWHW480.

**(Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i))

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Counts One through Eight, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense. The United States will also seek forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses.

2. Upon conviction of the offense alleged in Count Nine of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to an AR style rifle, bearing serial number DTI-S271543, and a Glock 26, bearing serial number BWHW480.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p), Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves /DTH*
Attorney of the United States in
and for the District of Columbia.